FILED

2010 Mar-23  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| COMMUNITY HOME HEALTH, | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| v. | } | **Case No.:  7:08-CV-00168-RDP** |
| | } | |
| UNITED STATES DEPARTMENT OF | } | |
| HEALTH AND HUMAN SERVICES, | } | |
| et al. | } | |
| | } | |
| **Defendants.** | } | |

### MEMORANDUM OPINION

In this action, Plaintiff Community Home Health seeks judicial review of the administrative decision of Defendant United States Department of Health and Human Services (DHHS) terminating Plaintiff's Medicare Provider Agreement.  The magistrate judge filed a Report and Recommendation on February 24, 2010 (Doc. #32), recommending that the Defendant DHHS's decision be reversed and that the matter be remanded to it for further proceedings.  On March 10, 2010, objections to the Report and Recommendation were filed by Defendant DHHS (Doc. #36) and by Defendants Alabama State Board of Health, Alabama State Committee on Public Health, State of Alabama Department of Public Health, Donald E Williamson, M.D. (the "State Defendants") (Doc. #35).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court has reached an independent conclusion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the

---

[1] The State Defendants' objection regarding the magistrate judge's failure to rule on their motion to dismiss based upon immunity grounds is moot.  The State Defendants are not being required to defend themselves in this court.  If this matter is ever appealed again, and the State Defendants are named in that appeal, they will be free to raise the immunity defense again.  The court expresses no opinion as to the merits of that issue now.

recommendation is **ACCEPTED**.  Accordingly, this action is due to be remanded to DHHS for further proceedings.[2]  A separate order remanding the case will be entered.

      **DONE** and **ORDERED** this _____23rd_____ day of March, 2010.

                                                  **R. DAVID PROCTOR**
                                                  UNITED STATES DISTRICT JUDGE

---

[2] The court notes that the magistrate judge recommended that DHHS's motion to strike (Doc. #31) be granted.  The motion addresses evidence that should have been raised at the administrative appeal level.  The court has not considered that evidence in reaching its conclusions.  However, as the court is remanding this action to DHHS for further proceedings, Plaintiff will have the opportunity to present additional evidence at the administrative hearing for which this matter is being remanded.